NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STATE OF FLORIDA, )
)
       Appellant, )
)
v. )    Case No. 2D16-4584
)
DERANTY E. TAYLOR, )
)
       Appellee. )
_____ )

Opinion filed March 21, 2018.

Appeal from the Circuit Court for Manatee
County; Susan B. Maulucci, Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee and Helene S. Parnes, Senior
Assistant Attorney General, Tampa,
for Appellant.

Howard L. Dimmig, II, Public Defender and
Cynthia J. Dodge, Assistant Public
Defender, Bartow, for Appellee.


PER CURIAM.


      Affirmed.


KELLY, LUCAS, and BADALAMENTI, JJ., Concur.